IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE RAMIREZ, | No. C 08-4456 WHA (PR) |
| Plaintiff, | **ORDER AMENDING GRANT OF IN FORMA PAUPERIS STATUS** |
| v. | |
| DOUGLAS TSUCHIYA, | |
| Defendant. | |

The in forma pauperis order entered in this case on September 26, 2008, is Amended nunc pro tunc to show the amount of the filing fee as "$350." The clerk shall send a copy of this order to the court's financial office and to the prison trust department.

**IT IS SO ORDERED.**

Dated: September __30__, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\RAMIREZ4456.IFP-AMD.WPD